```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ORGANIC PASTURES DAIRY<br>COMPANY LLC, and MARK L. McAFEE,<br><br>        Defendants. | CASE NO: 1:08-CR-00448 SMS<br><br>ORDER APPROVING DEFERRED<br>PROSECUTION AGREEMENT |

The Court has reviewed and considered the Joint Motion of the United States and defendant Mark L. McAfee requesting that the Court approve the Deferred Prosecution Agreement filed on December 22, 2008 and continue all further criminal proceedings in this case, including trial, for a period of twenty-four (24) months. The parties have stipulated and requested that such twenty-four (24) month time period be excluded in computing the time within which any trial must be commenced upon the charges contained in the Information filed against defendant McAfee, pursuant to Title 18, United States Code, Section 3161(h)(2).

1    IT IS ORDERED THAT the Deferred Prosecution Agreement between
2 the United States and defendant Mark L. McAfee filed December 22,
3 2008 is approved, and further criminal proceedings in this case,
4 including trial, are hereby continued for a period of twenty-four
5 (24) months from the date of this Order.
6    IT IS FURTHER ORDERED THAT time shall be excluded in the
7 interests of justice, pursuant to 18 U.S.C. § 3161(h)(2) and based on
8 the grounds set forth in the parties' Joint Motion, for the period
9 through and including twenty-four (24) months from the date of this
10 Order.
11    IT IS SO ORDERED.
12 **Dated:    January 9, 2009**


                                        **/s/ Sandra M. Snyder**
                                **SANDRA M. SNYDER**
                                **U.S. MAGISTRATE JUDGE**