BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CASE NO: 1:08-CR-00448 SMS |
| ) | |
| Plaintiff,     ) | UNITED STATES' MOTION TO |
| ) | DISMISS INFORMATION AS TO |
| v.             ) | DEFENDANT MARK L. McAFEE [14]; |
| ) | ORDER |
| ORGANIC PASTURES DAIRY COMPANY    ) | |
| LLC, and MARK L. McAFEE,          ) | |
| ) | |
| Defendants.    ) | |
| ) | |

The United States moves to dismiss the Information in this case with prejudice as to defendant Mark L. McAfee. The basis for the government's motion is that the government is not aware of any breach by defendant McAfee of his obligations under the Deferred Prosecution Agreement approved by the Court in this case on January 12, 2009, and it appears that defendant McAfee has fully complied with the terms of that Agreement.

Dated:  Feb. 17, 2011                  Respectfully Submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney


                                  By:  /s/ Kirk E. Sherriff
                                       MARK E. CULLERS
                                       KIRK E. SHERRIFF
                                       Assistant U.S. Attorneys

_____
UNITED STATES' MOTION TO DISMISS INFORMATION AS TO DEFENDANT McAFEE; [PROPOSED] ORDER

**ORDER**

Based on the grounds set forth above, the Information in this action is dismissed as to defendant Mark L. McAfee.

IT IS SO ORDERED.

**Dated:   February 20, 2011**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE